## CASE ANNOUNCEMENTS

*March 27, 2014*

[Cite as *03/27/2014 Case Announcements*, 2014-Ohio-1223.]

## MOTION AND PROCEDURAL RULINGS

**2013–0688. State v. Hoffman.**
Lucas App. No. L–12–1262, 2013-Ohio-1082. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County.

Upon consideration of the joint motion of appellee and amicus curiae, the Ohio Attorney General, for divided oral-argument time scheduled on April 8, 2014, it is ordered by the court that the motion is granted, and amicus curiae, the Ohio Attorney General, shall share the time allotted to appellee.